1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   KENNETH E. KELLER (71450)
2  kenneth.keller@pillsburylaw.com
   THOMAS V. LORAN III (95255)
3  thomas.loran@pillsburylaw.com
   LAURA C. HURTADO (267044)
4  laura.hurtado@pillsburylaw.com
   ALEKZANDIR MORTON (319241)
5  alekzandir.morton@pillsburylaw.com
   Four Embarcadero Center, 22nd Floor
6  San Francisco, CA 94111-5998
   Telephone:     415.983.1000
7  Facsimile:     415.983.1200
8
9  Attorneys for Defendant and Cross-Complainant
   FEDERAL DEPOSIT INSURANCE CORPORATION, AS
10 RECEIVER FOR SILICON VALLEY BANK.

11

12

13                   UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15

16 | MICHAEL B. ROTHENBERG, an        | Case No. _____
17 | individual;
                                      | **NOTICE OF REMOVAL FROM**
18 |       Plaintiff and Cross-Defendant, | **THE SUPERIOR COURT OF THE**
                                      | **STATE OF CALIFORNIA FOR**
19 |       vs.                        | **THE COUNTY OF SANTA CLARA**
                                      | **PURSUANT TO 12 U.S.C. §**
20 | FEDERAL DEPOSIT INSURANCE        | **1819(b)(2)**
   | CORPORATION, as receiver for Silicon
21 | Valley Bank, a corporation, and DOES 1
   | through 10, inclusive,
22 |
23 |       Defendant and Cross-Complainant.

24

25

26

27

28

_____
Defendant's Notice of Removal                                  Case No.

1    TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE

2    NORTHERN DISTRICT OF CALIFORNIA:

3    PLEASE TAKE NOTICE that pursuant to 12 U.S.C. § 1819(b)(2), the Federal Deposit

4    Insurance Corporation, an agency of the United States of America, in its capacity as receiver for

5    Silicon Valley Bank ("FDIC-R"), defendant and cross-complainant in the matter of *Rothenberg*

6    *v. Silicon Valley Bank,* Santa Clara Superior Court, Case No. 19CV355568 (which was

7    consolidated with lead case *Silicon Valley Bank v. Rothenberg Ventures, LLC,* Case No.

8    19CV343268), hereby removes *Rothenberg v. Silicon Valley Bank,* Santa Clara Superior Court,

9    Case No 19CV355568 from the Superior Court of California, County of Santa Clara, to this Court.

10   **I.     BACKGROUND**

11   **A.     The Parties**

12   Silicon Valley Bank was a corporation organized and existing under the laws of the State

13   of California, with its principal place of business in the County of Santa Clara, State of California.

14   Plaintiff Michael B. Rothenberg is an individual.  He founded and managed Rothenberg

15   Ventures Management Company ("RVMC"), an investment advisory firm that was the manager

16   of certain venture capital funds, including but not limited to, Rothenberg Ventures 2015 Fund,

17   LLC (the "2015 Fund").

18   **B.     The State Court Action**

19   On August 20, 2018, Rothenberg, RVMC, the 2015 Fund, and Rothenberg Ventures

20   2016 Accredited Fund LP (the "2016 Fund") filed the Complaint in this matter against Silicon

21   Valley Bank ("SVB").  Rothenberg alleged that contrary to his instructions to SVB to place

22   $4.25 million of funds that would serve as collateral for a line of credit for RVMC into an

23   account owned by the 2015 Fund, SVB transferred those funds without authorization into an

24   account owned by RVMC.  Rothenberg alleged that this created the false appearance that

25   Rothenberg had embezzled money from the 2015 Fund and that this damaged his reputation.

26   The State Court permitted the 2015 Fund and 2016 Fund to proceed with a First

27   Amended Complaint while Rothenberg and RVMC proceeded with the original Complaint.  The

28   First Amended Complaint was amended and replaced with the Second Amended Complaint

1   solely on behalf of the 2015 Fund.  The 2015 Fund, 2016 Fund, and RVMC dismissed their

2   claims against SVB with prejudice and are no longer in the case.  Thus, the original Complaint

3   is the operative complaint with respect to Rothenberg, who is the sole remaining plaintiff in the

4   action.

5           On January 4, 2021, SVB filed a cross complaint against Rothenberg, which it amended

6   on March 8, 2021.  The cross complaint seeks, among other things, equitable indemnity from

7   Rothenberg for SVB's settlement with RVMC, the 2015 Fund, and 2016 Fund for their

8   respective claims against SVB in this action.

9           On July 23, 2020, the Court consolidated this action with *Silicon Valley Bank v.*

10  *Rothenberg Ventures, LLC,* Santa Clara Superior Court, Case No. 19CV343268.  That case was

11  dismissed with prejudice on August 18, 2021.

12          **C.      The Receivership**

13          On March 10, 2023, the California Department of Financial Protection and Innovation

14  closed SVB and appointed the Federal Deposit Insurance Corporation as receiver.

15          By operation of federal law, upon its appointment, the FDIC-R succeeded to all of

16  SVB's liabilities, rights, titles, powers, privileges, and assets, including SVB's interest and

17  status as both the Defendant and Cross-Complainant in this Action.  *See* 12 U.S.C.

18  §§ 1821(d)(2)(A) and (B).  On March 23, 2023, the FDIC-R filed a notice of substitution of

19  party in the State Court, thereby effectuating its substitution into the place and stead of SVB.

20  **II.     BASIS FOR REMOVAL**

21          The above-captioned Action is removable by the FDIC-R under 12 U.S.C.

22  § 1819(b)(2)(B), which states, in relevant part, the following:

23          (B) Removal

24          Except as provided in subparagraph (D), the Corporation may, without
            bond or security, remove any action, suit, or proceeding from a State court
25          to the appropriate United States district court before the end of the 90-day
            period beginning on the date the action, suit, or proceeding is filed against
26          the Corporation or the Corporation is substituted as a party.

27

28  12 U.S.C. § 1819(b)(2)(B).

Defendant's Notice of Removal                    2                         Case No.

**A.      The Removal is Timely**

This Notice of Removal is timely under 12 U.S.C. § 1819(b)(2)(B) because it is filed within ninety days of the date the FDIC-R was substituted into the Action as a party, March 23, 2023.  Moreover, removal to this particular Court is appropriate, as this action was pending in the Superior Court of California, Santa Clara County, which is located in the Northern District of California.

**B.      State Court Record**

Pursuant to 28 U.S.C. § 1446(a), a copy of all pleadings, process, and orders filed or issued in connection with this action and which the FDIC-R has in its possession are attached hereto as Exhibit A.

**C.      Miscellaneous**

Pursuant to 28 U.S.C. § 1446(d), the FDIC-R will file in the State Court, and serve on all parties to this action, a copy of this Notice of Removal.

The FDIC-R is not required to obtain consent of the other parties in order to effectuate removal pursuant to 12 U.S.C. § 1819(b)(2)(B).

Finally, under 12 U.S.C. § 1819(b)(4), the FDIC-R is exempt from paying a filing fee in connection with this removal.


Dated:  April 4, 2023                    PILLSBURY WINTHROP SHAW PITTMAN LLP


                                                        /S/ KENNETH E. KELLER
                                        By:        KENNETH E. KELLER
                                                   THOMAS V. LORAN III
                                                   LAURA C. HURTADO
                                                   ALEKZANDIR MORTON

                                                   Attorneys for Defendant and Cross-
                                                   Complainant Federal Deposit Insurance
                                                   Corporation, as Receiver for Silicon Valley
                                                   Bank

---

Defendant's Notice of Removal                    3                    Case No.