UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRENT ROTHENBERG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL DEPOSIT INSURANCE CORPORPORATION, et al., <br><br> Defendants. | Case No. 23-cv-01603-JST <br><br> **ORDER OF DISMISSAL** |

Plaintiff not having filed a response either to Defendants' motion to dismiss, ECF No. 23, or to the Court's January 17, 2024 order to show cause, ECF No. 28, and pursuant to the January 17, 2024 order, this case is now dismissed for failure to prosecute. Fed. R. Civ. P. 41(b). The Court's order of dismissal "operates as an adjudication on the merits." *Id.*

**IT IS SO ORDERED.**

Dated: January 26, 2024



JON S. TIGAR
United States District Judge