United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRENT ROTHENBERG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL DEPOSIT INSURANCE CORPORPORATION, et al., <br><br> Defendants. | Case No. 23-cv-01603-JST <br><br> **AMENDED ORDER OF DISMISSAL**[1] <br><br> Re: ECF No. 30 |

Plaintiffs not having filed a response either to Defendants' motion to dismiss, ECF No. 23, or to the Court's January 17, 2024 order to show cause, ECF No. 28, and pursuant to the January 17, 2024 order, Plaintiffs' claims are now dismissed for failure to prosecute. Fed. R. Civ. P. 41(b). The Court's order of dismissal "operates as an adjudication on the merits." *Id.*

Defendants' cross-claims are not affected by this order. For the parties' and the Court's ease of reference, Defendants are ordered to file the operative cross-complaint as a separate document on the docket by February 9, 2024.

**IT IS SO ORDERED.**

Dated: January 31, 2024



JON S. TIGAR
United States District Judge

---

[1] This order amends the Court's order dated January 26, 2024. ECF No. 30. That order dismissed the entire case, including Plaintiff's claims but also—mistakenly—including Defendants' cross-claims. That portion of the Court's prior order dismissing the entire case is vacated.