PILLSBURY WINTHROP SHAW PITTMAN LLP
THOMAS V. LORAN III (95255)
thomas.loran@pillsburylaw.com
LAURA C. HURTADO (267044)
laura.hurtado@pillsburylaw.com
ALEKZANDIR MORTON (319241)
alekzandir.morton@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:      415.983.1000
Facsimile:      415.983.1200

Attorneys for Defendant and Cross-Complainant
FEDERAL DEPOSIT INSURANCE CORPORATION, AS
RECEIVER FOR SILICON VALLEY BANK

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (OAKLAND DIVISION)

| | |
|---|---|
| MICHAEL B. ROTHENBERG, an individual,<br><br>       Plaintiff and Cross-Defendant,<br><br>       vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for Silicon Valley Bank, a corporation,<br><br>       Defendant and Cross-Complainant. | Case No. 23-cv-01603-JST<br><br>**DEFENDANT AND CROSS-COMPLAINANT FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR SILICON VALLEY BANK'S CASE MANAGEMENT STATEMENT**<br><br>CMC Date:  July 30, 2024<br>Time:  2:00 p.m.<br>Place:  Via Zoom<br><br>Honorable Jon S. Tigar |

Pursuant to the Clerk's Notice [Dkt. 38], Defendant and Cross-Complainant Federal Deposit Insurance Corporation ("FDIC"), as receiver for Silicon Valley Bank ("Defendant/Cross-Complainant" or "FDIC-R") submits this Case Management Statement, in advance of the Further Case Management Conference scheduled in this matter for July 30, 2024 at 2:00 p.m.

At the previous case management conference, held on April 2, 2024, the Parties and the Court agreed that the purpose of the upcoming CMC would be to discuss how the FDIC-R plans to proceed with this action if Plaintiff and Cross-Defendant Michael Rothenberg ("Mr. Rothenberg") receives a custodial sentence in the related criminal matter (*USA v. Rothenberg*, Case No. 4:20-cr-00266-JST).

Since the April 2, 2024 case management conference, Mr. Rothenberg's sentencing hearing has been reset twice, first from May 17, 2024 to June 28, 2024, then again to September 12, 2024. Currently, the FDIC-R is awaiting the outcome of the sentencing in the related criminal matter to assess how it wishes to proceed with this action.

The FDIC-R filed an administrative motion to continue the upcoming case management conference [Dkt. 39] currently scheduled for July 30, 2024 to September 17, 2024, after the date of Mr. Rothenberg's sentencing hearing, to facilitate a productive and informed discussion at the CMC. This administrative motion is currently pending before the Court.

Dated:  July 23, 2024

PILLSBURY WINTHROP SHAW PITTMAN LLP

By:    */s/ Laura C. Hurtado*
THOMAS V. LORAN III
LAURA C. HURTADO
ALEKZANDIR MORTON

Attorneys for Defendant and Cross-Complainant Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of July 2024, true and correct copy(ies) of the

foregoing document(s) was served via email to the following party:

Michael B. Rothenberg
Email:  mrothenberg@rothenberg.co
        svb@rothenberg.co

_Anna Lau_

Anna Lau

Defendant and Cross Complainant FDIC-R's Case                    Case No. 23-cv-01603-JST
Management Statement