PILLSBURY WINTHROP SHAW PITTMAN LLP
THOMAS V. LORAN III (95255)
thomas.loran@pillsburylaw.com
LAURA C. HURTADO (267044)
laura.hurtado@pillsburylaw.com
ALEKZANDIR MORTON (319241)
alekzandir.morton@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:    415.983.1000
Facsimile:     415.983.1200

Attorneys for Defendant and Cross-Complainant
FEDERAL DEPOSIT INSURANCE CORPORATION, AS
RECEIVER FOR SILICON VALLEY BANK

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (OAKLAND DIVISION)

| | |
|---|---|
| MICHAEL B. ROTHENBERG, an individual,<br><br>　　　　Plaintiff and Cross-Defendant,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for Silicon Valley Bank, a corporation,<br><br>　　　　Defendant and Cross-Complainant. | Case No. 23-cv-01603-JST<br><br>**DEFENDANT AND CROSS-COMPLAINANT FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR SILICON VALLEY BANK'S CASE MANAGEMENT STATEMENT**<br><br>CMC Date:  October 8, 2024<br>Time: 2:00 p.m.<br>Place:  Via Zoom<br><br>Honorable Jon S. Tigar |

1    Pursuant to the Clerk's Notice [Dkt. 42], Defendant and Cross-Complainant Federal Deposit Insurance Corporation, as receiver for Silicon Valley Bank ("Defendant/Cross-Complainant" or "FDIC-R") submits this Case Management Statement in advance of the Further Case Management Conference scheduled in this matter for October 8, 2024 at 2:00 p.m.

As an initial matter, the FDIC-R provides the following update to the Court regarding anticipated motion practice in this action. The FDIC-R plans to file one or both of the following motions: (1) a motion for sanctions, including but not limited to terminating sanctions, pursuant to Rule 37 for Plaintiff and Cross-Defendant Michael Rothenberg's ("Mr. Rothenberg") failure to comply with Court orders regarding discovery; and (2) a motion for summary judgment or partial summary judgment pursuant to Rule 56, based in part on the preclusive effect of Mr. Rothenberg's prior conviction for the same fraudulent conduct at issue in the FDIC-R's claims here. *See Sec. & Exch. Comm'n v. Stein*, 906 F.3d 823, 828 (9th Cir. 2018) (discussing preclusive effect of criminal convictions in related civil proceedings).

In addition, Mr. Rothenberg's sentencing hearing in the related criminal matter (*USA v. Rothenberg*, Case No. 4:20-cr-00266-JST) was continued from September 12, 2024 to November 8, 2024. <u>Accordingly, the FDIC-R respectfully requests that this Court continue the Case Management Conference to a date after November 8, 2024</u> so that the Parties can discuss with the Court the effect of Mr. Rothenberg's sentencing on this matter. The FDIC-R has concurrently filed an administrative motion requesting this continuance. [*See* Dkt. 43]

Dated: October 1, 2024

PILLSBURY WINTHROP SHAW PITTMAN LLP

By:  */s/ Laura C. Hurtado*
THOMAS V. LORAN III
LAURA C. HURTADO
ALEKZANDIR MORTON

Attorneys for Defendant and Cross-Complainant Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 1st day of October 2024, true and correct copy(ies) of the foregoing document(s) was served via email to the following party:

    Michael B. Rothenberg
    Email:  mrothenberg@rothenberg.co
             svb@rothenberg.co

_____
Anna Lau

Defendant and Cross Complainant FDIC-R's Case Management Statement      Case No. 23-cv-01603-JST