United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL BRENT ROTHENBERG, et al.,

Plaintiffs,

v.

FEDERAL DEPOSIT INSURANCE CORPORPORATION, et al.,

Defendants.

Case No. 23-cv-01603-JST

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The Court hereby continues the case management conference scheduled for October 8, 2024 at 2:00 p.m. to November 26, 2024 at 2:00 p.m., by Zoom webinar. The parties shall file a joint case management statement no later than November 19, 2024.

**IT IS SO ORDERED.**

Dated: October 7, 2024

JON S. TIGAR
United States District Judge