PILLSBURY WINTHROP SHAW PITTMAN LLP
THOMAS V. LORAN III (95255)
thomas.loran@pillsburylaw.com
LAURA C. HURTADO (267044)
laura.hurtado@pillsburylaw.com
ALEKZANDIR MORTON (319241)
alekzandir.morton@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:   415.983.1000
Facsimile:   415.983.1200

Attorneys for Defendant and Cross-Complainant
FEDERAL DEPOSIT INSURANCE CORPORATION, AS
RECEIVER FOR SILICON VALLEY BANK

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (OAKLAND DIVISION)

| | |
|---|---|
| MICHAEL B. ROTHENBERG, an individual,<br><br>　　　Plaintiff and Cross-Defendant,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for Silicon Valley Bank, a corporation,<br><br>　　　Defendant and Cross-Complainant. | Case No. 23-cv-01603-JST<br><br>**DEFENDANT AND CROSS-COMPLAINANT FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR SILICON VALLEY BANK'S CASE MANAGEMENT STATEMENT**<br><br>CMC Date:  November 26, 2024<br>Time: 2:00 p.m.<br>Place: Via Zoom<br><br>Honorable Jon S. Tigar |

Pursuant to the Order Continuing Case Management Conference [Dkt. 45], Defendant and Cross-Complainant Federal Deposit Insurance Corporation, as receiver for Silicon Valley Bank ("Defendant/Cross-Complainant" or "FDIC-R") submits this Case Management Statement in advance of the Further Case Management Conference scheduled in this matter for November 26, 2024 at 2:00 p.m.

As an initial matter, the FDIC-R provides the following update to the Court regarding anticipated motion practice in this action.  The FDIC-R plans to file one or both of the following motions: (1) a motion for sanctions, including but not limited to terminating sanctions, pursuant to Rule 37 for Plaintiff and Cross-Defendant Michael Rothenberg's ("Mr. Rothenberg") failure to comply with Court orders regarding discovery; and (2) a motion for summary judgment or partial summary judgment pursuant to Rule 56, based in part on the preclusive effect of Mr. Rothenberg's prior conviction for the same fraudulent conduct at issue in the FDIC-R's claims here.  *See Sec. & Exch. Comm'n v. Stein*, 906 F.3d 823, 828 (9th Cir. 2018) (discussing preclusive effect of criminal convictions in related civil proceedings).  The FDIC-R is also considering  other options for resolution of this matter.

In addition, Mr. Rothenberg's sentencing hearing in the related criminal matter (*USA v. Rothenberg*, Case No. 4:20-cr-00266-JST), which was calendared for November 8, 2024, has been vacated after Mr. Rothenberg's attorney in the criminal matter withdrew as counsel of record and Mr. Rothenberg was referred for the appointment of new counsel.  A status conference has been scheduled in the criminal matter for January 17, 2025.  <u>Accordingly, the FDIC-R respectfully requests that this Court continue the Case Management Conference to February 18, 2025, or a date thereafter,</u> so that the Parties can discuss with the Court the effect of Mr. Rothenberg's sentencing on this matter.  The FDIC-R has concurrently filed an administrative motion requesting this continuance.  [*See* Dkt. 46]

//
//
//
//

1

| | |
|---|---|
| Dated: November 19, 2024 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | By:  /s/ *Laura C. Hurtado* <br> THOMAS V. LORAN III <br> LAURA C. HURTADO <br> ALEKZANDIR MORTON |
| | Attorneys for Defendant and Cross-Complainant Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of November 2024, true and correct copy(ies) of the foregoing document(s) was served via email to the following party:

Michael B. Rothenberg
Email:  mrothenberg@rothenberg.co
        svb@rothenberg.co

Anna Lau