UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRENT ROTHENBERG, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORPORATION, et al.,<br><br>Defendants. | Case No. 23-cv-01603-JST<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court hereby continues the case management conference scheduled for November 26, 2024 at 2:00 p.m. to February 18, 2025 at 2:00 p.m. Updated case management statements are due February 11, 2025.

**IT IS SO ORDERED.**

Dated: November 21, 2024



JON S. TIGAR
United States District Judge