UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRENT ROTHENBERG, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, et al.,<br><br>Defendants. | Case No. 23-cv-01603-JST<br><br>**ORDER TO SHOW CAUSE; ORDER CONTINUING CASE MANAGEMENT CONFERENCE; ORDER VACATING PRETRIAL AND TRIAL DATES**<br><br>Re: ECF Nos. 54, 58 |

On March 14, 2025, Defendant Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank ("FDIC-R") filed a motion to refer this case for a settlement conference. ECF No. 54. The FDIC-R noted that Mr. Rothenberg's affirmative claims had all been dismissed; that he had "expressed interest in engaging in renewed settlement efforts" since that dismissal; and that "[g]iven Mr. Rothenberg's current status as an unrepresented litigant and the FDIC-R's prior efforts to engage directly with Mr. Rothenberg in this litigation, the FDIC-R believes it is unlikely that unfacilitated, direct negotiations with Mr. Rothenberg would be productive." *Id.* at 3. Mr. Rothenberg did not oppose or otherwise respond to the motion.

The hearing on the motion was originally set for May 29, 2025. ECF No. 54. On April 14, 2025, the Court advanced the hearing to May 7, 2025. The FDIC-R appeared on May 7, 2025, but Mr. Rothenberg did not appear.

Mr. Rothenberg is now ORDERED TO SHOW CAUSE why monetary sanctions should not be imposed for his failure to file an opposition or non-opposition to the FDIC-R's motion to refer this case for a settlement conference, *see* Civil L.R. 7-3(b), or to appear at the hearing on the motion. A written response to this order is due June 30, 2025. The Court will conduct a hearing on the order to show cause on November 4, 2025, at 2:00 p.m.

1   The case management conference currently scheduled for June 10, 2025, is continued to
2   November 4, 2025, at 2:00 p.m.  Updated case management statements are due October 28, 2025.
3   All pretrial and trial dates are vacated.
4   **IT IS SO ORDERED.**
5   Dated: June 9, 2025



JON S. TIGAR
United States District Judge

2