MICHAEL ROTHENBERG
San Francisco, CA
Telephone: 415.535.5767
mrothenberg@rothenberg.co

*Pro Se Defendant*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRENT ROTHENBERG, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> FEDERAL DEPOSIT INSURANCE CORP, as receiver for SILICON VALLEY BANK, a corporation, et al., <br><br> Defendant(s). | Case No. 23-cv-01603-JST <br><br> **RESPONSE TO ORDER TO SHOW CAUSE** <br><br> Hearing Date: November 4, 2025 <br> Time: 2:00 p.m. <br><br> Judge: Hon. Jon. S. Tigar |

    I, Michael Brent Rothenberg, respectfully submit this response to the Court's Order to Show Cause issued on June 9, 2025 (ECF No. 60), regarding my failure to file an opposition or non-opposition to the FDIC-R's motion to refer the case for a settlement conference and my failure to appear at the hearing on May 7, 2025.

    Until recently, I was represented by attorney Hanni Fakhoury in a separate but related matter before this Court. While Mr. Fakhoury did not formally represent me in this case, he was familiar with the proceedings and kept me informed of relevant developments in this matter. After his representation concluded, I no longer had regular assistance monitoring the docket or understanding procedural deadlines. I acknowledge this does not excuse my failure to appear or respond, but I hope it helps explain how this oversight occurred.

    Additionally, I previously requested a referral to the Federal Pro Bono Project to receive court-appointed counsel on September 22, 2023 (ECF No. 24), which the Court has discretion to

do. That request was denied, and I am currently proceeding *Pro Se*. Without legal representation, I have struggled at times to manage the procedural demands of the case.

I sincerely apologize to the Court and to opposing counsel for my absence at the hearing and my failure to respond to the motion. I take these matters seriously and am committed to participating responsibly moving forward. I have reached out to counsel for the FDIC-R to schedule a meet and confer regarding potential settlement discussions, as previously suggested.

Given the circumstances outlined above, I respectfully request that the Court not impose monetary sanctions at this time and allow the matter to proceed.

Dated: June 30, 2025                MICHAEL B. ROTHENBERG

By: /S/ MICHAEL B. ROTHENBERG
*Pro Se Defendant*